# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:20-cv-63-MOC

| | |
|---|---|
| ROBERTA LYNN NICHOLS, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney's Fees. (Doc. No. 17). Plaintiff's counsel filed a motion for approval of attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $14,883.94. Attorney fees awarded under 42 U.S.C. § 406(b) may not exceed 25% of the total of the claimant's past-due benefits. Plaintiff previously has been awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $2,500. Defendant has consented to the motion. The Court finds that the requested amount is reasonable. Plaintiff's motion is **GRANTED**.

It is **ORDERED** that Paul T. McChesney, Esquire be awarded fees under 42 U.S.C. § 406(b) in the amount of $14,883.94. Plaintiff's counsel shall refund to Plaintiff the smaller amount between this amount and any fee amount that previously was received under the EAJA.

Signed: October 6, 2023

Max O. Cogburn Jr.
United States District Judge